IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Renee Evans, | C/A No.: 3:12-1137-JFA-SVH |
| Plaintiff, | |
| vs. | ORDER |
| 31-W Insulation Co. Inc., | |
| Defendant. | |

This matter comes before the court on Defendant's motion to compel, or in the alternative to dismiss for failure to prosecute. [Entry #37]. Defendant indicates that Plaintiff has not served responses to Defendant's First Interrogatories and Requests for Production that were due, after an extension, on September 30, 2012. Defendant attached copies of the discovery requests to the motion to compel. [Entry #37-2]. The court grants the motion to compel. Plaintiff is directed to provide responses to the discovery requests by October 22, 2012. Additionally, the court will issue an amended scheduling order extending the deadlines for discovery and dispositive motions. Plaintiff is advised that if she fails to respond to discovery or appear as scheduled for her deposition, the court will reconsider a motion to dismiss for failure to prosecute.

IT IS SO ORDERED.

October 11, 2012                             Shiva V. Hodges
Columbia, South Carolina                     United States Magistrate Judge